**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| **Jorge Genaro Sinche Jadan,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**Pam Bondi, et al.,** )<br>)<br>Respondents. )<br>) | Civil Action No.<br>**26-12101-NMG** |

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Jorge Genaro Sinche Jadan ("Jadan"). He contends that Pam Bondi and other named respondents have refused to grant him a bond hearing on the basis of his detention pursuant to 8 U.S.C. §1225(b)(2), despite his contention that he is eligible for such a hearing under §1226(a).[1]

For the reasons set forth in Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025) and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket No. 1) is

---

[1] The Court notes that Pam Bondi is no longer Attorney General.

-1-

**ALLOWED.** The Court directs that Jadan is to be released unless ne is afforded a bond hearing that complies with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

Nathaniel M. Gorton
Senior United States District Judge

Dated: May 21, 2026