UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action

No: 1:26-cv-12101-NMG

Petitioner

Jorge Genaro Sinche Jadan

v.

Respondent

Pamela Bondi et al

Order of Dismissal

GORTON, D.J.

In accordance with the Status Report entered on June 1, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Nicole Cowan

Docket Clerk

June 2, 2026